Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
   *arby@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230)
   *jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff Andrew Duberry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DUBERRY; individually, and on behalf of other members of the general public similarly situated;<br><br>    Plaintiff,<br><br>    vs.<br><br>J.CREW GROUP, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-08810-SVW-MRW<br><br>Honorable Stephen V. Wilson<br>Courtroom 6, 2nd Floor<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT & STIPULATION TO VACATE CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Complaint Filed: October 14, 2014<br>FAC Filed: August 28, 2015<br>Jury Trial: None Set |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Andrew Duberry and Defendant J. Crew, Group, Inc. have reached an agreement on the principle terms of settlement in this action. The parties are working expeditiously to finalize and execute a settlement agreement.

Therefore, subject to this Court's approval, the parties, by and through their counsel of record, hereby stipulate that the Court vacate the briefing schedule on Plaintiff's motion for class certification set forth in the Court's order of March 31, 2016. (Docket No. 85).

**IT IS SO STIPULATED.**

Date: May 26, 2016                    **LAWYERS *for* JUSTICE, PC**

                                      BY: /s/ Edwin Aiwazian
                                      Edwin Aiwazian
                                      Attorneys *for* Plaintiff

Date: May 26, 2016                    **LITTLER MENDELSON, P.C.**

                                      BY: /s/ Elizabeth Staggs Wilson
                                      Elizabeth Staggs Wilson
                                      *Attorneys for* Defendant

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.