Edwin Aiwazian (Cal. State Bar No. 232943)
 *edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
 *arby@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230)
 *jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff Andrew Duberry

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DUBERRY; individually, and on behalf of other members of the general public similarly situated;<br><br>   Plaintiff,<br><br>vs.<br><br>J.CREW GROUP, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.: 2:14-cv-08810-SVW-MRW<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER VACATING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Complaint Filed: October 14, 2014<br>FAC Filed:  August 28, 2015<br>Jury Trial:  None Set |

# [PROPOSED] ORDER

The Court, having reviewed the parties' Notice of Settlement and Stipulation to Vacate Class Certification Briefing Schedule, orders as follows:

1. The parties' stipulation is approved;
2. All dates pertaining to the briefing and hearing schedule on Plaintiff's motion for class certification, previously set forth in this Court's Order of March 31, 2016, are hereby vacated.

**IT IS SO ORDERED.**

Dated:_____         _____
                                                                            Hon. Stephen V. Wilson
                                                                            Judge of the U.S. District Court

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203