FILED
CLERK, U.S. DISTRICT COURT

Feb 9, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANDREW DUBERRY, individually, and on behalf of other members of the general public similarly situated; ,

Plaintiff,

v.

J. CREW GROUP, INC., an unknown business entity; and DOES 1 through 100, inclusive,,

Defendants.

Case No. 2:14-cv-08810-SVW(MRWx)

(ASSIGNED TO HON. STEPHEN WILSON)

**ORDER ON JOINT STIPULATION TO REMAND ENTIRE ACTION TO STATE COURT**

IT IS SO ORDERED.

DATED: February 9, 2017

*[signature]*

**STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE**

Plaintiff ANDREW DUBERRY ("Plaintiff") and Defendant J. CREW GROUP, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby enter into the following stipulation:

**WHEREAS**, Plaintiff commenced a putative wage and hour class action on October 14, 2014, entitled *Andrew Duberry, Plaintiff vs. J. Crew Group, Inc. and DOES 1-100, Defendants*, Los Angeles Superior Court Case No. BC560613 ("Duberry Action"), on behalf of a class of individuals employed by Defendant as hourly-paid or non-exempt employees in California at "J.Crew" stores (i.e. retail stores) and "J.Crew Factory" stores (i.e. factory/outlet stores). The amended complaint alleges the following causes of action: (1) violation of California Labor Code §§ 510 and 1198 (Unpaid Overtime); (2) violation of California Labor Code §§ 226.7 and 512(a) (Unpaid Meal Period Premiums); (3) violation of California Labor Code §226.7 (Unpaid Rest Period Premiums); (4) violation of California Labor Code §§ 201 and 202 (Final Wages Not Timely Paid); (5) violation of California Labor Code § 204 (Wages not Timely Paid During Employment); (6) violation of California Labor Code § 226(a) (Non-Compliant Wage Statements); and (7) violation of California Business & Professions Code §§ 17200, *et seq.*;

**WHEREAS**, the Duberry Action was assigned to Department 310, Honorable Judge Kenneth R. Freeman, presiding, of the Complex Civil Litigation Program, Central Civil West Division, of the Los Angeles Superior Court, which is experienced in the handling of all aspects of class action and complex litigation;

**WHEREAS**, Defendant removed the Duberry Action to federal court on November 13, 2014, and it is currently pending in the above-entitled court;

**WHEREAS**, on May 17, 2016. Kenneth Lawson provided notice to the California Labor and Workforce Development Agency ("LWDA") and Defendant of his intention to commence an action pursuant to the Private Attorney General Act ("PAGA") against Defendant;

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

1     **WHEREAS**, after exhausting the PAGA administrative notice requirement, Lawson commenced an action for enforcement pursuant to PAGA, on June 22, 2016, entitled *Kenneth Lawson; individually, and behalf of other aggrieved employees pursuant to the California Private Attorneys General Act, Plaintiff vs. J. Crew Group, Inc., H.F.D. No. 55, Inc., D/B/A J. Crew Factory, Grace Holmes, Inc. D/B/A J. Crew Retail and DOES 1-100, Defendants*, Los Angeles Superior Court Case No. BC627845, on behalf of Plaintiff and other hourly-paid or non-exempt employees who worked for Defendants at "J. Crew" or "J. Crew Factory" stores in California ("aggrieved employees"), seeking penalties and unpaid wages arising from alleged overtime violations, meal and rest break violations, minimum wage violations, failure to pay timely final wages, inaccurate wage statements, failure to pay split shifts and reporting time pay, and failure to reimburse expenses;

    **WHEREAS**, the Lawson Action was assigned to Department 46, Honorable Frederick C. Shaller, Judge presiding, of the Stanley Mosk Courthouse of the Los Angeles Superior Court;

    **WHEREAS**, in May 2016, the Parties engaged in mediation conducted by Mark Rudy, Esq., an experienced wage and hour mediator; while the Parties did not reach a settlement at the mediation, the Parties continued their settlement discussions under the auspices of the mediator;

    **WHEREAS**, in September 2016, Defendant filed a Notice of Related Case in the Lawson Action, indicating that a related case is pending in the Eastern District of California of the U.S. District Court entitled *Sabrina Smith, Plaintiff, vs. H.F.D. No. 55, Inc. dba J. Crew, Defendant*, Case No. 2:15 CV-01293-KJM-KJN ("Smith Action"). A similar Notice of Related Case was filed in the Smith Action citing the Lawson Action;

    **WHEREAS**, the Smith Action alleges that Smith has suffered economic damages and is entitled to statutory fines and penalties, including and not limited to those available under PAGA, arising from alleged discrimination, failure to

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

2.

1 accommodate, and various wage and hour violations alleged to have occurred during
2 her employment as a retail associate of H.F.D. No. 55, Inc. d/b/a J. Crew Factory, at
3 the Vacaville outlet store. The parties therein have stipulated to arbitration of Smith's
4 individual claims, and her purported PAGA claim has subsequently been stayed by the
5 district court;

6 **WHEREAS**, with the aid of the mediator's evaluations and under the auspices
7 of the mediator, the Parties reached a global settlement that, if given court-approval,
8 will resolve the Duberry Action and Lawson Action in their entirety, and will also
9 resolve the purported PAGA claim remaining before the district court in the Smith
10 Action;

11 **WHEREAS**, the settlement reached by the Parties resolves class and
12 representative PAGA claims, and provides for, among other things, monetary
13 recovery of civil penalties pursuant to PAGA, which are to be distributed seventy-five
14 (75%) to the LWDA and twenty-five (25%) to the aggrieved employees, and will
15 provide PAGA-specific notice and PAGA-specific disbursements, among other terms;

16 **WHEREAS**, the Parties believe, at this time, that remand of the Duberry
17 Action to the Los Angeles Superior Court, and consolidation of the Duberry Action
18 with the Lawson Action so that approval of the class and PAGA settlement may be
19 sought by way of motion practice in one consolidated action before Honorable
20 Kenneth R. Freeman, in Department 310 of the Los Angeles Superior Court's
21 Complex Civil Litigation Program, Central Civil West Division, is in the interest of
22 judicial efficiency and cost savings;

23 **WHEREAS**, the Case Management Conference that was set for January 3,
24 2017 before Honorable Judge Frederick C. Shaller, Judge of the Los Angeles Superior
25 Court, in the Lawson Action, was continued by the Court to April 6, 2017, so that
26 Parties may seek to effectuate transfer of the Lawson Action to Department 310 of the
27 Los Angeles Superior Court, Complex Civil Litigation Program, Central Civil West
28 Division, before the Honorable Kenneth R. Freeman, for approval of the settlement;

**THEREFORE**, it is hereby stipulated and agreed between the Parties, through their respective counsel of record, as follows:

That the instant action, *Andrew Duberry v. J. Crew Group, Inc.*, Case No. 2:14-cv-08810-SVW(MRWx), be remanded to Los Angeles Superior Court, Central Civil West Division, before the Honorable Kenneth R. Freeman, Department 310.

**SO STIPULATED**

Dated: February 8, 2017

/s/ Edwin Aiwazian
EDWIN AIWAZIAN
LAWYERS FOR JUSTICE, PC
Attorneys for Plaintiff
ANDREW DUBERRY

Dated: February 8, 2017

/s/ Janel Ablon
JANEL ABLON
JULIE A. DUNNE
ELIZABETH STAGGS WILSON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
J. CREW GROUP, INC.

Firmwide:145712342.1 045048.1119

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO CA 94104
415.433.1940

4.